

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2016

No. 04-16-00768-CV

Jana Lee **FLANAGAN** and Lucas Matthew Flanagan,
Appellants

v.

**RBD SAN ANTONIO L.P.**, Davidson Hotel Company, LLC
and G4S Secure Solutions (USA), Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18601
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On December 28, 2016, the trial court clerk notified this Court that the clerk's record was not filed because appellants have failed to pay, or make arrangements to pay, the clerk's fee for preparing the record. Appellants are not entitled to appeal without paying the fee.

It is therefore ORDERED that appellants provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court